# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **ELIJAH SIMS,** | : | |
| **AIS #231113** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | CIVIL ACTION 15-0485-KD-M |
| | : | |
| **STATE OF ALABAMA,** *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B), and dated August 17, 2016 is adopted as the opinion of this Court.

It is **ORDERED** that Defendants' Motion for Summary Judgment be **GRANTED**, and Plaintiff's action be **DISMISSED** against all Defendants with prejudice.

**DONE** and **ORDERED** this **29**th day of **September 2016.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**