IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ELIJAH SIMS,** **AIS #231113** | : : : |
| Plaintiff, | : |
| vs. | :   CIVIL ACTION 15-0485-KD-M |
| **STATE OF ALABAMA,** *et al.*, | : : : |
| Defendants. | : |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that **JUDGMENT** on all claims be entered in favor of all Defendants and against Plaintiff, with prejudice.

**DONE** and **ORDERED** this **29**th day of **September 2016.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**